IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02372-PSF-CBS

JONATHAN GUY ANTHONY PHILLIPS and
ROBERT ANDREW HARLAND,

      Petitioners,

v.

WILLIAM T. BEIERWALTES and
LYNDA L. BEIERWALTES,

      Respondents

---

**ORDER**

---

This matter is before the Court on review of the file.  It is HEREBY ORDERED

that the parties shall appear on **Friday, December 8, 2006 at 3:30 p.m.** for a status

and scheduling conference before the undersigned in Courtroom 602, Sixth Floor, of

the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  It is

FURTHER ORDERED that counsel shall confer and prepare a joint status report to be

filed by **Wednesday, December 6, 2006**.  This report should include a statement of the

issues to be addressed at the conference and the respective positions of the parties.

      DATED: November 29, 2006

                        BY THE COURT:

                        *s/ Phillip S. Figa*

                        _____

                        Phillip S. Figa
                        United States District Judge