IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-02372-PSF-CBS

JONATHAN GUY ANTHONY PHILLIPS; and
ROBERT ANDREW HARLAND,

    Petitioners,

v.

WILLIAM T. BEIERWALTES; and
LYNDA L. BEIERWALTES,

    Respondents.

## ORDER PERMITTING FILING OF DECLARATION OF JENNIFER LANGER

This matter is before the Court on petitioners' Unopposed Motion for Leave to File Declaration of Jennifer D. Langer (Dkt. # 51). Having considered the motion and materials submitted by the parties, the Court hereby ORDERS that said motion is GRANTED, and the Declaration of Jennifer D. Langer may be filed for the Court's consideration in this matter.

DATED: February 5, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge