UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

IN RE: APPLICATION OF
JONATHAN GUY ANTHONY
PHILLIPS AND ROBERT ANDREW HARLAND
FOR ASSISTANCE
BEFORE A FOREIGN TRIBUNAL

Civil Action No. 06-cv-02372-PSF-CBS

## DECLARATION OF JENNIFER D. LANGER

JENNIFER D. LANGER, under the penalty of perjury, declares as follows:

1. I am of the age of majority, and I have personal knowledge of and am competent to testify regarding all matters described herein.

2. From April 2001 to March 2004, I was an attorney with the law firm of Snell & Wilmer, L.L.P. In March 2004, I left Snell & Wilmer to work for the State of Colorado.

3. From October 2003 through March 2004, I was the attorney of record for Jonathan Guy Anthony Phillips and Robert Andrew Harland, the Applicants in the above-captioned action (collectively, the "Applicants").[1] In that capacity, I dealt with Sven Collins, counsel for William T. Beierwaltes and Lynda L. Beierwaltes (collectively, the "Beierwalteses"), in this matter.

4. I have reviewed the Declaration of Sven Collins executed on January 8, 2006 [sic]. I do not purport to address every statement in Mr. Collins' Declaration, but I note that my recollection of the events Mr. Collins describes is different in at least the following relevant respects.

---

[1] While I was counsel of record for the Applicants, my name was Jennifer D. Allen. I subsequently changed my name to Jennifer D. Langer.

NY1 1072764v1

5. Although Mr. Collins and I discussed several proposals and counter-proposals to limit the subpoenas, my recollection is that we did not reach an agreement. I believe my recollection is correct because it was my position at the time that any agreement would need to be approved by my client and memorialized in writing.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Executed on January 26, 2007.

_Jennifer D. Langer_

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of February, 2007, a true and correct copy of the foregoing **DECLARATION OF JENNIFER D. LANGER** was served via CM/ECF and/or First Class United States Mail, postage prepaid, upon the following:

Richard L. Gabriel, Esq.
Sven C. Collins, Esq.
Holme Roberts & Owen LLP
1700 Lincoln, Ste. 4100
DC Box No. 07
Denver, CO 80203
*Richard.Gabriel@hro.com*
*Sven.Collins@hro.com*

*s/ Stephannie Harris*

131374.1